UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUD METJAIC,

                                    Plaintiff,

                 -v-

SCHINDLER ELEVATOR CORPORATION,
JOHN A. VAN DEUSEN & ASSOCIATES, INC., *and*
VDA, INC.,

                                    Defendants.

---

25 Civ. 10673 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 30, 2025, the Court scheduled an initial conference in this case for January 28, 2026. Dkt. 5 (the "December 30 Order"). The December 30 Order directed, *inter alia*, counsel for Schindler Elevator Corp. ("Schindler"), the removing defendant, to serve the December 30 Order on all other parties and file proof of such service on the docket, and file a letter (and serve on all other parties) a letter concerning certain removal-related information, by January 14, 2026. *Id.* at 2.

To date, counsel for Schindler has not filed any proof of service or the letter concerning removal-related information; counsel for the other parties have not appeared; and the joint letter and case management plan, as described in the December 30 Order, have not been filed.

The Court is dismayed by Schindler's counsel's apparent noncompliance with the above deadlines. The Court reminds counsel of its expectation that all deadlines in this case are to be respected.

The Court hereby orders as follows:

- The telephonic initial conference is adjourned to **February 25, 2026 at 11 a.m.**

- By **January 27, 2026 at 5 p.m.**, Schindler's counsel shall serve the December 30 Order, and this order, on counsel for all other parties, and file proof of such service on the docket.

- By **January 29, 2026 at 5 p.m.**, Schindler's counsel shall file, and serve on all other parties, the letter concerning removal-related information described in the December 30 Order at page 2.

- By **February 18, 2026**, the parties shall file a joint letter and case management plan, as described in the December 30 Order at page 2.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 23, 2026
       New York, New York

2