UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUD METJAIC,

                    Plaintiff,

        -v-                                                      25 Civ. 10673 (PAE)

SCHINDLER ELEVATOR CORPORATION,                                 ORDER
JOHN A. VAN DEUSEN & ASSOCIATES, INC.,
*and* VDA, INC.,

                    Defendants.

---

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict with another case, the Court hereby adjourns the telephonic initial conference to 4 p.m. tomorrow, February 25, 2026, for which the parties have confirmed their availability. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 24, 2026
       New York, New York