UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUD METJAIC,

                        Plaintiff,

        -v-                                                    25 Civ. 10673 (PAE)

SCHINDLER ELEVATOR CORPORATION *et al.*,                        ORDER

                        Defendants.

PAUL A. ENGELMAYER, District Judge:

    For the reasons discussed on the record during yesterday's conference:

- By March 6, 2026, plaintiff shall amend his complaint to add any new defendants.

- By March 11, 2026, the parties shall submit a joint letter, stating their positions on whether the addition, in the amended complaint, of any new defendants destroys subject matter jurisdiction.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 26, 2026
      New York, New York